### 14961. COBB *v.* BANK OF COBBTOWN.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only; and, there being some evidence to support the verdict, this court is without authority to interfere with the judgment overruling the motion.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 5, 1923.

Levy and claim; from Candler superior court—Judge Hardeman. July 16, 1923.

*W. A. Morgan,* for plaintiff in error.

*Anderson & Trapnell,* contra.